In the Matter of the Rehabilitation of HOME TITLE INSURANCE COMPANY. In the Matter of the Plan of Reorganization and Readjustment of Said Company Promulgated and Sponsored by the SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Rehabilitator of Said Company, the MORTGAGE COMMISSION OF THE STATE OF NEW YORK, and by GEORGE E. WARREN, EDWIN L. GARVIN, HARRY G. ANDERSON, PHILIP A. BENSON, WALTER JEFFREYS CARLIN, JACOB C. KLINCK, HARRY M. LEWIS, EDWIN S. MAYLAND, D. IRVING MEAD and JACOB J. SCHWARTZWALD, Known as an Investors' Committee of Said Company. In the Matter of the Application of PHILIP A. BENSON, GEORGE A. MARSHALL and HENRY J. DAVENPORT, as Reorganization Managers under an Amended Plan for the Reorganization and Readjustment of Home Title Insurance Company, for an Order Directing All Parties Desiring to Make Applications for Allowances of Compensation for Services Rendered and Expenses in This Proceeding to Make Applications Therefor, and File Petitions Therefor with the Clerk of This Court on or before a Date to Be Fixed. JAMES S. KLEINMAN, Appellant, v. PHILIP A. BENSON, GEORGE A. MARSHALL and HENRY J. DAVENPORT, as Reorganization Managers under an Amended Plan for the Reorganization and Readjustment of HOME TITLE INSURANCE COMPANY, Respondents.— In a reorganization proceeding, order granting allowances for services and disbursements modified on the facts by adding the appellant's name, together with an allowance of $500, to the second decretal paragraph and by striking appellant's name from the third decretal paragraph. As thus modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to appellant, payable out of the general assets. It is the opinion of the court that under the facts and circumstances the allowance to this attorney should have been made, as recommended by the Deputy Superintendent of Insurance. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.